IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| VINCENT RAY SETTLES<br>(TDCJ No. 1939000),<br><br>　　　　Petitioner,<br><br>V.<br><br>LORIE DAVIS, Director<br>Texas Department of Criminal Justice,<br>Correctional Institutions Division,<br><br>　　　　Respondent. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | <br><br><br><br><br>No. 3:17-CV-1675-D-BN<br><br>(Consolidated With:<br>No. 3:17-cv-1676-D-BH) |

## ORDER

After making an independent review of the pleadings, files, and records in this case, and the findings, conclusions, and recommendation of the magistrate judge, the court concludes that the findings and conclusions are correct. It is therefore ordered that the findings, conclusions, and recommendation of the magistrate judge are adopted.

Petitioner must pay the $5.00 filing fee within 21 days of this order. If he fails to do so, this action will be subject to summary dismissal under Fed. R. Civ. P. 41(b).

**SO ORDERED**.

July 20, 2017.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　SIDNEY A. FITZWATER
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE